IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **RAY CHARLES SPIVEY,** )<br>)<br>**Plaintiff,** )<br>)<br>vs. )<br>)<br>**ROGER E. WALKER, JR.,** *et al.*, )<br>)<br>**Defendants.** ) | CIVIL NO. 05-163-JPG |

## MEMORANDUM AND ORDER

**GILBERT, District Judge:**

Two motions are pending in this action. First is Plaintiff's motion for appointment of counsel (Doc. 3). When deciding whether to appoint counsel, the Court must first determine if a *pro se* litigant has made reasonable efforts to secure counsel before resorting to the courts. *Jackson v. County of McLean*, 953 F.2d 1070, 1072 (7th Cir. 1992). Plaintiff makes no showing that he has attempted to retain counsel. Therefore, the Court finds that appointment of counsel is not warranted. Accordingly, Plaintiff's motion for appointment of counsel is **DENIED**.

Second is Plaintiff's motion for transfer (Doc. 5), in which he asks the Court to have him transferred from Menard. Since that motion was filed, Plaintiff submitted a change-of-address notification indicating that he is now incarcerated in the Pontiac Correctional Center. Accordingly, his motion for transfer out of Menard is now **MOOT**.

**IT IS SO ORDERED.**

Dated: February 14, 2006.

                                                s/ J. Phil Gilbert
                                                U. S. District Judge